IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD GERARD HUND, *Plaintiff*, | : : : | CIVIL ACTION |
| v. | : : | |
| COMMISSIONER OF SOCIAL SECURITY, *Defendant*. | : : : | No. 16-231 |

## ORDER

**AND NOW**, this 12th day of June, 2017, upon independent review of the brief in support of review filed by Plaintiff (Docket No. 16), Defendant's response thereto (Docket No. 18), Plaintiff's Reply (Docket No. 19) and the administrative record (Docket No. 14), and after careful consideration of the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Docket No. 20), to which no objections were filed by either party, it is hereby **ORDERED** that:

1. The Report and Recommendation are **APPROVED and ADOPTED**;

2. The Plaintiff's Request for Review is **GRANTED**;

3. The matter is **REMANDED** in accordance with the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation;

4. Judgment is entered in favor of Plaintiff; and

5. The Clerk of the Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE